UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
EQUAN BROWN, on behalf of himself
and all others similarly situated,                                                    Index No.: 18-CV-8038

                                        Plaintiff,


                    -against-


DR SMOOD 1151 BROADWAY LLC, DR SMOOD
285 MADISON LLC, DR SMOOD 485 LEX LLC,
DR SMOOD SOHO LLC, DR SMOOD ORCHARD LLC,
DR SMOOD NEW YORK PRODUCTION LLC,
RENE SINDLEV, individually, and PATRIZIA
MANICI SINDLEV, individually,

                                        Defendants.
-------------------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declarations of James Bouklas, Esq. and Eric Miller, Named Plaintiff Equan Brown ("Plaintiff") and  Defendants Dr Smood 1151 Broadway LLC, Dr Smood 285 Madison LLC, Dr Smood 485 Lex LLC, Dr Smood Soho LLC, Dr Smood Orchard LLC, Dr Smood New York Production LLC, Rene Sindlev, and Patrizia Manici Sindlev (collectively, "Defendants") (together with Plaintiff, the "Parties"), will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York 10007, on September 19, 2019 at 10:00 a.m., for an order and final judgment (*see* Proposed Order Confirming Certification of the Class/Collective Action and Granting Final Approval to Settlement ("Proposed Final Order") and proposed Final Judgment ("Final Judgment"), submitted herewith) granting the following relief:

1

1.    Confirm as final the Court's provisional certification pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), for settlement purposes, of the Class (as defined in the accompanying memorandum of law).[1]

2.    Grant final approval to the Parties' settlement agreement.

3.    Confirm as final the Court's preliminary approval of the releases of claims set forth in the Agreement and the Individual Release. (Agreement at ¶ 9).

4.    Confirm as final the appointment of Equan Brown as class representative.

5.    Confirm as final the appointment of Bouklas Gaylord LLP as Class Counsel.

6.    Confirm as final the Court's approval of the form and manner of notice issued to Class Members.

The factual and legal basis for this Motion are contained in the accompanying memorandum of law.


Respectfully Submitted,                        Respectfully Submitted,

By:  _____        By:  /s/ Loren L.Forrest, Jr. Esq.
James Bouklas, Esq.                              Loren L. Forrest, Jr., Esq.
Bouklas Gaylord LLP                            Holland & Knight
400 Jericho Turnpike Suite 226             31 West 52nd Street
Jericho, NY 11753                                New York, NY 10019
Phone: (516) 742-4949                         Phone: (212) 513-3370
Fax: (516) 742-1977                             Fax: (212) 385-9010
James@bglawny.com                           Loren.Forrest@hklaw.com

---

[1] Plaintiff alone moves for the relief in paragraph 1, above, and Defendants do not oppose the granting of such relief for purposes of settlement. (*See* Agreement ¶ 6.1)