UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EQUAN BROWN, on behalf of himself
and all others similarly situated,

Index No.: 18-CV-8038

                            Plaintiff,

               -against-

DR SMOOD 1151 BROADWAY LLC, DR SMOOD
285 MADISON LLC, DR SMOOD 485 LEX LLC,
DR SMOOD SOHO LLC, DR SMOOD ORCHARD LLC,
DR SMOOD NEW YORK PRODUCTION LLC,
RENE SINDLEV, individually, and PATRIZIA
MANICI SINDLEV, individually,

**NOTICE OF MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND FOR APPROVAL OF SERVICE AWARDS**

                            Defendants.
------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the annexed Declarations, and all exhibits annexed thereto, along with the memorandum of law in support, the undersigned will respectfully move this Court, before the Honorable Katherine Polk Failla, United States District Judge, at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York 10007, on September 19, 2019 at 10:00 a.m. for an Order (1) awarding attorneys' fees and costs in the amount of $87,463.47; (2) awarding a service award in the amount of $5,000 to Named Plaintiff Equan Brown; and (3) granting such other and further relief as this Court deems just and proper.

Dated:  September 12, 2019
          Melville, New York

                                                          James Bouklas, Esq.
                                                          Bouklas Gaylord LLP
                                                          445 Broadhollow Road, Suite 110
                                                          Melville, New York 11747
                                                          Phone: (516) 742-4949
                                                          Fax: (516) 742-1977
                                                          James@bglawny.com